**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: STEVENSON, DOUGLAS JAMES § Case No. 16-14382CAD
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/27/2016. The undersigned trustee was appointed on 04/27/0016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $         11,811.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 61.81 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 11,749.19 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 09/07/2016 and the deadline for filing governmental claims was 10/24/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,931.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $1,931.10, for a total compensation of $1,931.10[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $32.34 for total expenses of $32.34[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/09/2016                By: /s/ Deborah Ebner
                                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

|  | Form 1 | Exhibit A |
|---|---|---|
|  | **Individual Estate Property Record and Report** | Page: 1 |
|  | **Asset Cases** |  |

Case No.: 16-14382CAD  
Case Name: STEVENSON, DOUGLAS JAMES  
For Period Ending: 11/09/2016

Trustee Name: (330480) Deborah Ebner  
Date Filed (f) or Converted (c): 04/27/2016 (f)  
§ 341(a) Meeting Date: 06/01/2016  
Claims Bar Date: 09/07/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Hyundai Santa Fe 2008 152,000. Entire property value: $4500 | 4,500.00 | 0.00 |  | 0.00 | FA |
| 2 | urniture, linens, small appliances, table & chairs, bedroom set, guitar, 3 bikes $1,750 | 1,750.00 | 0.00 |  | 0.00 | FA |
| 3 | Flat screen TV, cell phone $500 | 500.00 | 0.00 |  | 0.00 | FA |
| 4 | Everyday clothes $300 | 300.00 | 0.00 |  | 0.00 | FA |
| 5 | Class ring $100 | 100.00 | 0.00 |  | 0.00 | FA |
| 6 | Lifecycle Exercise Bike $200 | 200.00 | 0.00 |  | 0.00 | FA |
| 7 | Deposits of money: Byline Bank | 500.00 | 0.00 |  | 0.00 | FA |
| 8 | Ret. or Pension Acct.: MetLife Securities, Inc. | 21,137.00 | 0.00 |  | 0.00 | FA |
| 9 | Social Security benefits - 100% exempt. | 0.00 | 0.00 |  | 0.00 | FA |
| 10 | Int. in Ins. policies: Whole Life Insurance - Debtor has a loan out against the policy for $17,908 $0 Whole Life Insurance - Debtor has a loan out against the policy for $38,732 $0 Whole Life Insurance $1,574 Whole Life Insurance $8,199 | 9,773.00 | 11,811.00 |  | 11,811.00 | FA |
| 10 | Assets    Totals    (Excluding unknown values) | **$38,760.00** | **$11,811.00** |  | **$11,811.00** | **$0.00** |

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

**Case No.:** 16-14382CAD  
**Case Name:** STEVENSON, DOUGLAS JAMES  

**For Period Ending:** 11/09/2016

**Trustee Name:** (330480) Deborah Ebner  
**Date Filed (f) or Converted (c):** 04/27/2016 (f)  
**§ 341(a) Meeting Date:** 06/01/2016  
**Claims Bar Date:** 09/07/2016

**Major Activities Affecting Case Closing:**

11/08/16 TFR prepared; 06/30/2016 Debtors calculation of whole life ins value was incorrect; debtor will turnover $12k to satisfy liquidation value 6/1 Trustee discovered whole life ins policy value and is in process of liquidation.

**Initial Projected Date Of Final Report (TFR):** 07/31/2018         **Current Projected Date Of Final Report (TFR):** 07/31/2018

**UST Form 101-7-TFR (5/1/2011)**

Case 16-14382   Doc 20   Filed 12/06/16   Entered 12/06/16 12:18:11   Desc Main
          Document      Page 5 of 11

|  |  | | Exhibit B |
|---|---|---|---|
|  |  | | Page: 1 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-14382CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | STEVENSON, DOUGLAS JAMES | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4596 | Account #: | ******4700 Checking |
| For Period Ending: | 11/09/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/2016 | {10} | Douglas Stevenson | Receipt of funds to satisfy nonexempt life insurance value. | 1129-000 | 11,811.00 |  | 11,811.00 |
| 07/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 11,801.00 |
| 08/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 18.61 | 11,782.39 |
| 09/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 16.89 | 11,765.50 |
| 10/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 16.31 | 11,749.19 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | 11,811.00 | 61.81 | $11,749.19 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 |  |
| **Subtotal** | 11,811.00 | 61.81 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| **NET Receipts / Disbursements** | **$11,811.00** | **$61.81** |  |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                                              ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-14382CAD | | **Trustee Name:** | Deborah Ebner (330480) |
| **Case Name:** | STEVENSON, DOUGLAS JAMES | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4596 | | **Account #:** | ******4700 Checking |
| **For Period Ending:** | 11/09/2016 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4700 Checking | $11,811.00 | $61.81 | $11,749.19 |
| | **$11,811.00** | **$61.81** | **$11,749.19** |

**UST Form 101-7-TFR (5/1/2011)**

Printed: 11/09/2016 12:28 PM

Page: 1

# Exhibit C

## Claims Proposed Distribution Register

**Case: 16-14382CAD STEVENSON, DOUGLAS JAMES**

**Case Balance:** $11,749.19     **Total Proposed Payment:** $11,749.19     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Deborah Ebner | Admin Ch. 7 | $1,931.10 | $1,931.10 | $0.00 | $1,931.10 | $1,931.10 | $9,818.09 |
|  | <2100-00 Trustee Compensation> | | | | | | | |
|  | Deborah Ebner | Admin Ch. 7 | $32.34 | $32.34 | $0.00 | $32.34 | $32.34 | $9,785.75 |
|  | <2200-00 Trustee Expenses> | | | | | | | |
|  | Law Office of Deborah Kanner Ebner | Admin Ch. 7 | $1,322.50 | $1,322.50 | $0.00 | $1,322.50 | $1,322.50 | $8,463.25 |
|  | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| 1 | Discover Bank Discover Products Inc | Unsecured | $12,399.74 | $12,399.74 | $0.00 | $12,399.74 | $4,518.28 | $3,944.97 |
|  | **Claim Memo:** gen unsec claim ends in 6362 | | | | | | | |
| 2 | LVNV Funding, LLC its successors and assigns as assignee of Capital One Bank (USA), N.A. Resurgent Capital Services | Unsecured | $10,826.37 | $10,826.37 | $0.00 | $10,826.37 | $3,944.97 | $0.00 |
|  | **Claim Memo:** gen unsec claim ends in 1723 | | | | | | | |

Printed: 11/09/2016 10:28 AM

Page: 2

# Exhibit C

## Claims Proposed Distribution Register

**Case: 16-14382CAD STEVENSON, DOUGLAS JAMES**

**Case Balance:** $11,749.19     **Total Proposed Payment:** $11,749.19     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|
| | **Total for Case:** | 16-14382CAD | | $26,512.05 | $26,512.05 | $0.00 | $26,512.05 | $11,749.19 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-14382CAD
Case Name: DOUGLAS JAMES STEVENSON
Trustee Name: Deborah Ebner

**Balance on hand:** $ 11,749.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 11,749.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 1,931.10 | 0.00 | 1,931.10 |
| Trustee, Expenses - Deborah Ebner | 32.34 | 0.00 | 32.34 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 1,322.50 | 0.00 | 1,322.50 |

Total to be paid for chapter 7 administrative expenses: $ 3,285.94
Remaining balance: $ 8,463.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,463.25

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 8,463.25 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $23,226.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 12,399.74 | 0.00 | 4,518.28 |
| 2 | LVNV Funding, LLC its successors and assigns as assignee of Capital One Bank (USA), N.A. Resurgent Capital Services | 10,826.37 | 0.00 | 3,944.97 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 8,463.25 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**