**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Douglas James Stevenson, | ) | Case No. 16 B 14382 |
| Debtor. | ) | Hon. Carol Doyle |

## NOTICE OF MOTION

TO:   ALL ECF REGISTRANTS; and by regular US Mail to:
Douglas James Stevenson, 1500 Dempster Street #307 Mount Prospect, Ill. 60056
Discover Bank Discover Products, Inc. PO Box 3025 New Albany, Ohio 43054
LVNV Funding, LLC Resurgent Capital Services POB 10587 Greenville, SC 29603

**PLEASE TAKE NOTICE** that the undersigned has filed the Trustee's Final Report & Applications for Compensation, and said Final Report & Applications shall be heard on **January 11**, **2017** at the hour of **10:30 a.m.** before the Honorable Carol Doyle or any judge sitting in her stead, in the Courtroom normally occupied by her at the Dirksen Federal Building, 219 S Dearborn Street, Chicago**, Illinois**.   A copy of the Final Report and Applications for compensation having been previously served upon you.

/s/ Deborah K. Ebner
DEBORAH K. EBNER

Deborah K. Ebner (ARDC No. 6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, IL 60603
(312) 922-3838

## CERTIFICATE OF SERVICE

I, DEBORAH K. EBNER, hereby certify that on December 6, 2016 and again on December 16, 2016, I caused copies the Notice of Trustee's Final Report and Applications for Compensation to be served via regular US Mail to the persons listed above and electronically to those registered to receive such notice for this case through the Court's ECF filing system.

/s/ Deborah K. Ebner