**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: STEVENSON, DOUGLAS JAMES § Case No. 16-14382CAD
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $28,987.00 | Assets Exempt: | $31,700.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $8,463.25 | Claims Discharged Without Payment: | $14,762.86 |
| Total Expenses of Administration: | $3,347.75 | | |

3) Total gross receipts of $11,811.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,811.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,347.75 | $3,347.75 | $3,347.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $23,226.11 | $23,226.11 | $8,463.25 |
| **TOTAL DISBURSEMENTS** | $0.00 | $26,573.86 | $26,573.86 | $11,811.00 |

4) This case was originally filed under chapter 7 on 04/27/2016. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/23/2017                                 By: /s/ Deborah Ebner
                                                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Int. in Ins. policies: Whole Life Insurance - Debtor has a loan out against the policy for $17,908 $0 Whole Life Insurance - Debtor has a loan out against the policy for $38,732 $0 Whole Life Insurance $1,574 Whole Life Insurance $8,199 | 1129-000 | $11,811.00 |
| TOTAL GROSS RECEIPTS | | $11,811.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2100-000 | NA | $1,931.10 | $1,931.10 | $1,931.10 |
| Trustee, Expenses - Deborah Ebner | 2200-000 | NA | $32.34 | $32.34 | $0.00 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 3110-000 | NA | $1,322.50 | $1,322.50 | $1,322.50 |
| Attorney for Trustee, Expenses - Deborah Ebner | 3120-000 | NA | $0.00 | $0.00 | $32.34 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $61.81 | $61.81 | $61.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$3,347.75** | **$3,347.75** | **$3,347.75** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | NA | $12,399.74 | $12,399.74 | $4,518.28 |
| 2 | LVNV Funding, LLC its successors and assigns as assignee of Capital One Bank (USA), N.A. Resurgent Capital Services | 7100-000 | NA | $10,826.37 | $10,826.37 | $3,944.97 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$23,226.11** | **$23,226.11** | **$8,463.25** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 16-14382CAD | Trustee Name: | (330480) Deborah Ebner |
| --- | --- | --- | --- |
| Case Name: | STEVENSON, DOUGLAS JAMES | Date Filed (f) or Converted (c): | 04/27/2016 (f) |
| | | § 341(a) Meeting Date: | 06/01/2016 |
| For Period Ending: | 02/23/2017 | Claims Bar Date: | 09/07/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Hyundai Santa Fe 2008 152,000. Entire property value: $4500 | 4,500.00 | 0.00 | | 0.00 | FA |
| 2 | urniture, linens, small appliances, table & chairs, bedroom set, guitar, 3 bikes $1,750 | 1,750.00 | 0.00 | | 0.00 | FA |
| 3 | Flat screen TV, cell phone $500 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Everyday clothes $300 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Class ring $100 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Lifecycle Exercise Bike $200 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Deposits of money: Byline Bank | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Ret. or Pension Acct.: MetLife Securities, Inc. | 21,137.00 | 0.00 | | 0.00 | FA |
| 9 | Social Security benefits - 100% exempt. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Int. in Ins. policies: Whole Life Insurance - Debtor has a loan out against the policy for $17,908 $0 Whole Life Insurance - Debtor has a loan out against the policy for $38,732 $0 Whole Life Insurance $1,574 Whole Life Insurance $8,199 | 9,773.00 | 11,811.00 | | 11,811.00 | FA |
| 10 | Assets    Totals    (Excluding unknown values) | **$38,760.00** | **$11,811.00** | | **$11,811.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 16-14382CAD  
**Case Name:** STEVENSON, DOUGLAS JAMES  
**For Period Ending:** 02/23/2017

**Trustee Name:** (330480) Deborah Ebner  
**Date Filed (f) or Converted (c):** 04/27/2016 (f)  
**§ 341(a) Meeting Date:** 06/01/2016  
**Claims Bar Date:** 09/07/2016

**Major Activities Affecting Case Closing:**

11/08/16 TFR prepared; 06/30/2016 Debtors calculation of whole life ins value was incorrect; debtor will turnover $12k to satisfy liquidation value 6/1 Trustee discovered whole life ins policy value and is in process of liquidation.

**Initial Projected Date Of Final Report (TFR):**    07/31/2018            **Current Projected Date Of Final Report (TFR):**    11/09/2016 (Actual)

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-14382CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | STEVENSON, DOUGLAS JAMES | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4596 | Account #: | ******4700 Checking |
| For Period Ending: | 02/23/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/2016 | {10} | Douglas Stevenson | Receipt of funds to satisfy nonexempt life insurance value. | 1129-000 | 11,811.00 |  | 11,811.00 |
| 07/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 11,801.00 |
| 08/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 18.61 | 11,782.39 |
| 09/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 16.89 | 11,765.50 |
| 10/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 16.31 | 11,749.19 |
| 01/09/2017 | 101 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $1,931.10; Claim # FEE; Filed: $1,931.10 | 2100-000 |  | 1,931.10 | 9,818.09 |
| 01/09/2017 | 102 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $32.34; Claim # TE; Filed: $32.34 Voided on 01/24/2017 | 2200-000 |  | 32.34 | 9,785.75 |
| 01/09/2017 | 103 | Law Office of Deborah Kanner Ebner | Distribution payment - Dividend paid at 100.00% of $1,322.50; Claim # ; Filed: $1,322.50 | 3110-000 |  | 1,322.50 | 8,463.25 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-14382CAD | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | STEVENSON, DOUGLAS JAMES | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4596 | | Account #: | ******4700 Checking |
| For Period Ending: | 02/23/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/09/2017 | 104 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 36.44% of $12,399.74; Claim # 1; Filed: $12,399.74 | 7100-000 | | 4,518.28 | 3,944.97 |
| 01/09/2017 | 105 | LVNV Funding, LLC its successors and assigns as assignee of Capital One Bank (USA), N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 36.44% of $10,826.37; Claim # 2; Filed: $10,826.37 | 7100-000 | | 3,944.97 | 0.00 |
| 01/24/2017 | 102 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $32.34; Claim # TE; Filed: $32.34 Voided: check issued on 01/09/2017 | 2200-000 | | -32.34 | 32.34 |
| 01/24/2017 | 106 | Deborah Ebner | Reissue of check number 102 which bank could not process due to illegible account number | 2200-000 | | 32.34 | 0.00 |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 16-14382CAD | | Trustee Name: | Deborah Ebner (330480) |
| --- | --- | --- | --- | --- |
| Case Name: | STEVENSON, DOUGLAS JAMES | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4596 | | Account #: | ******4700 Checking |
| For Period Ending: | 02/23/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 11,811.00 | 11,811.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 11,811.00 | 11,811.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$11,811.00** | **$11,811.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | |
|---|---|
| **Case No.:** | 16-14382CAD |
| **Case Name:** | STEVENSON, DOUGLAS JAMES |
| **Taxpayer ID #:** | **-***4596 |
| **For Period Ending:** | 02/23/2017 |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******4700 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4700 Checking | $11,811.00 | $11,811.00 | $0.00 |
| | **$11,811.00** | **$11,811.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**